[No. 707-1.    Division One—Panel 2.    November 1, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND VERICE ANDREWS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 52682, Theodore S. Turner, J., entered June 26,

1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.